# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3969

_____

United States of America,       *
      *
       Appellee,       *
      *    Appeal from the United States
      v.       *    District Court for the District of
      *    South Dakota.
Jennifer Lee Knox,       *
      *       [UNPUBLISHED]
       Appellant.       *

_____

Submitted:  May 10, 2000

Filed:  June 21, 2000

_____

Before McMILLIAN, JOHN R. GIBSON, and BEAM, Circuit Judges.

_____

PER CURIAM.

Jennifer Lee Knox, a member of the Rosebud Sioux Tribe, was charged with the second-degree murder, committed within Indian country, of Quanah Crow Dog in violation of 18 U.S.C. § 1153 and 18 U.S.C. § 1111.  She was found guilty by a jury and sentenced to 135 months' imprisonment.[1]

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the District of South Dakota.

On appeal, Knox challenges her conviction as well as her sentence. Specifically, she asserts that: (1) the evidence was insufficient to sustain a guilty verdict; (2) the district court erred in not granting a mistrial when the prosecutor elicited improper testimony from witnesses in violation of her Fifth Amendment and due process rights; and (3) the district court erred in refusing to grant a downward departure from the applicable guidelines range on the basis of victim misconduct. See U.S.S.G. § 5K2.10. Having carefully reviewed the record and the parties' briefs, we find no reversible error. Because an extended discussion of the parties' arguments, which are fact-specific to this case, would serve no useful precedential purpose, we affirm Knox's conviction and sentence without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.